This certifies that this is the opinion of the Appellate Division in this cause.

**Charles R. Jannino**
**Clerk, Appellate Division**

**Robert BEEMAN &**
**Robert GARRITY**
**d/b/a LIBERTY BUILDERS**
**v.**
**Thomas E. KNEELAND, Jr.**

**No. 8644**

District Court Department
Appellate Division, Northern District

Trial Court of the
Commonwealth of Massachusetts

**August 4, 1981**

**William J. Barron, Esq.,** counsel for plaintiff

**Thomas F. Kneeland, Jr.,** counsel for defendant

**OPINION**

FORTE, J. This is a petition to establish the defendant's draft report upon which the trial judge took no action. Prior to the expiration of three months from the filing of the draft report, the clerk sent the defendant the prescribed 14-day notice as called for by Rule 64(c)(5). Whereupon, this petition to establish a report was filed to preserve the viability of the defendant's appeal.

Rule 64(e) specifies the required contents of a petition to establish a report. One requirement is the petition be verified by affidavit that it conforms to the truth.

Without being "verified by affidavit" the petition must be dismissed. **Lasell v. Director of Division of Employment Security,** 325

Mass. 23 (1949); **O'Flanagan v. Smith,** 317 Mass. 770 (1944); **DuBois v. Boston & Maine RR,** 315 Mass. 758 (1944); **Parkway Imports Inc. v. Askinos,** 37 Mass. App. Dec. 200 (1967).

Petition is dismissed.

**Elliott T. Cowdrey, P.J.**
**John P. Forte, J.**
**James B. Tiffany, J.**